UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------- x
BRUCE HAY,
                     Plaintiff,

          - against -

NEW YORK MEDIA LLC, KERA BOLONIK,
and DAVID KORZENIK,
                     Defendant.
---------------------------------------------------------------- x

Case No. 1:20-cv-6135-JPO

**RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1, Defendant New York Media, LLC ("New York Media") is a Delaware Limited Liability Company that is a wholly-owned subsidiary of Vox Media, LLC. Vox Media Holdings, Inc. is the parent company of Vox Media, LLC, and the only publicly held company that owns ten percent or more of Vox Media Holdings, Inc.'s stock is NBCUniversal Media LLC and its affiliates.

Dated: New York, New York
       October 16, 2020

                                                    Respectfully submitted,

                                                    By: */s/ Katherine M. Bolger*
                                                         Katherine M. Bolger
                                                         Jeremy A. Chase
                                                    Davis Wright Tremaine LLP
                                                    1251 Avenue of the Americas, 21st Floor
                                                    New York, NY 10020-1104
                                                    Tel.: (212) 489-8230
                                                    Fax: (212) 489-8340
                                                    katebolger@dwt.com
                                                    jeremychase@dwt.com

                                                    *Attorneys for Defendants New York Media*
                                                    *LLC and Kera Bolonik*