

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Katherine M. Bolger**
212-489-8230 tel
212-489-8340 fax

katebolger@dwt.com

October 16, 2020

BY ECF

The Honorable J. Paul Oetken
United States District Judge for the
 Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *Hay v. New York Media LLC, et ano.*, No. 1:20-cv-06135 (JPO)

Dear Judge Oetken:

  We represent Defednatns Kera Bolonik and New York Media LLC in the above-referenced action and we write to request an unopposed extenstion of time to respond to the complaint herein.

  Ms. Bolonik was personally served with the Complaint on October 14, 2020. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Ms. Bolonik's time to respond to the complaint expires on November 7, 2020. On October 15, 2020, I telephoned Jillian Weiss, counsel for the plaintiffs and told Ms. Weiss that I would accept service of the Complaint on behalf of New York Media LLC. I also asked Ms. Weiss to extend both parties time to respond to the complaint until December 11, 2020. She consented to the reqeust. No previous request for an extension has been made.

  Accordingly, Kera Bolonik and New York Media LLC respectfully request that their time to respond to the within complaint be extended to December 11, 2020. Thank you for your consideration.

            Respectfully Submitted,

            Davis Wright Tremaine LLP

            Katherine M. Bolger

cc: Counsel of Record (via ECF)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.
4851-1025-6335v.1 -