AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Bruce Hay | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-6135 - JPO |
| New York Media, LLC, Kera Bolonik, David Korzenik | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

New York Media, LLC and Kera Bolonik.

Date: 10/16/2020

s/ Katherine M. Bolger
*Attorney's signature*

Katherine M. Bolger
*Printed name and bar number*
Davis Wright Tremaine LLP
1251 Avenue of the Americas
New York, NY 10020

*Address*

katebolger@dwt.com
*E-mail address*

(212) 489-8230
*Telephone number*

(212) 489-8340
*FAX number*