AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▾

| | | |
|---|---|---|
| Bruce Hay | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   20-cv-6135 - JPO |
| New York Media, LLC, Kera Bolonik, David Korzenik | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

New York Media LLC and Kera Bolonik                                                      .


Date:      10/16/2020

s/ Jeremy Chase
*Attorney's signature*

Jeremy Chase
*Printed name and bar number*
Davis Wright Tremaine LLP
1251 Avenue of the Americas LLP
New York, NY 10020


*Address*

jeremychase@dwt.com
*E-mail address*

(212) 489-8230
*Telephone number*

(212) 489-8340
*FAX number*