AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| BRUCE HAY <br> *Plaintiff(s)* <br> v. <br> NEW YORK MEDIA LLC, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 1:20-cv-6135 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DAVID KORZENIK
Miller Korzenik Sommers Rayman LLP
The Paramount Building
1501 Broadway, Suite 2015
New York, NY 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jillian T. Weiss, 442 15th Street No. 1R, Brooklyn, NY 11215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/13/2020                                                             /s/ J. Gonzalez
                                                                   *Signature of Clerk or Deputy Clerk*

Civil Action No. 1:20-cv-6135-JPO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Korzenik
was received by me on *(date)* 10/14/2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On October 20, 2020 at 11:17 a.m., I served David Korzenik, defendant, by affixing true copies of the summons in a civil action and first amended complaint with jury trial demand upon the entrance door of the Law Offices of Miller Korzenik Sommers Rayman LLP at 1501 Broadway, Suite 2015, New York, New York 10036, which is said defendant's workplace.

My fees are $ 0.00 for travel and $ 75.00 for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: 10/22/2020

*Server's signature*

Juan de los Santos, New York Process Server No. 2067123
*Printed name and title*

54 Bristol Street, Suite 7F
Brooklyn, New York 11212

*Server's address*

Additional information regarding attempted service, etc:
On October 20, 2020 at 11:17 a.m., at 1501 Broadway, Suite 2015, New York, New York 10036, I served the within summons in a civil action and first amended complaint with jury trial demand, in this matter, on David Korzenik, by affixing true copies of each upon the entrance door of said premises which is said defendant's workplace. On October 22, 2020, I also mailed true copies of said documents to said defendant by regular mail and by certified mail (USPS receipt # 7019 2970 0001 0169 4727).Personal service on the defendant was attempted on October 16, 2020 at 08:19 a.m., on October 17, 2020 at 03:28 p.m., and on October 20, 2020 at 11:17 a.m., but no one answered the door.

**Juan de los Santos**
New York Process Server # 2067123
54 Bristol Street, Ste. 7F
Brooklyn, NY 11212

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

New York, NY 10036    OFFICIAL USE

| Certified Mail Fee | $3.55 | | 0316 |
|---|---|---|---|
| $ | | | 15 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $2.80

Total Postage and Fees $6.35

Sent To David Korzenik
Street and Apt. No., or PO Box No. 1501 Broadway, Suite 2015
City, State, ZIP+4® New York, NY 10036

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Postmark: USPS NEW YORK ST BROOK, OCT 22 2020, NY 11207, 10/22/2020

Tracking: 7019 2970 0001 0169 4772