

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Katherine M. Bolger**
212-489-8230 tel
212-489-8340 fax

katebolger@dwt.com

October 27, 2020

BY ECF

The Honorable J. Paul Oetken
United States District Judge for the
 Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Hay v. New York Media LLC, et ano.*, No. 1:20-cv-06135 (JPO)

Dear Judge Oetken:

      We represent Defendants Kera Bolonik and New York Media LLC in the above-referenced action and have now been retained to represent Defendant David Korzenik, as well. We write to request that Mr. Korzenik's time to respond to the complaint be extended until December 11, 2020.

      According to the proof of service at docket No. 24, Mr. Korzenik's time to respond to the complaint ends on November 10, 2020. Per this Court's order dated October 18, 2020 (Dkt. No. 20), the response of Defendants Bolonik and New York Media LLC to the complaint is now due on December 11, 2020. Mr. Korzenik seeks to extend his time to respond to the complaint to the same date so that all Defendants can respond together. Jillian Weiss, counsel for Plaintiff, has consented to this request. No previous request for an extension has been made by Mr. Korzenik.

      Accordingly, Mr. Korzenik requests that his time to respond to the complaint be extended to December 11, 2020. Thank you for your consideration.

      Respectfully submitted,

      Davis Wright Tremaine LLP

      *Katherine M. Bolger*

      Katherine M. Bolger

cc:    Counsel of Record (via ECF)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.
4816-1437-4096v.1 0099704-000035