LAW OFFICE OF JILLIAN T. WEISS, P.C.
ATTORNEYS AT LAW
442 15TH STREET, №1R
BROOKLYN, NEW YORK 11215
------------
(845) 709-3237
FAX: (845) 684-0160

| JILLIAN T. WEISS | JOSEPH D. WILLIAMS | HENRY E. JONES |
|---|---|---|
| jweiss@jtweisslaw.com | jwilliams@jtweisslaw.com | hejones@jtweisslaw.com |
| DIRECT: (845) 709-3237 | DIRECT: (917) 705-4333 | DIRECT: (212) 365-8849 |
| ADMITTED IN | ADMITTED IN | ADMITTED IN |
| NEW YORK AND NEW JERSEY ONLY | NEW YORK ONLY | NEW YORK ONLY |

December 9, 2020

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2101
New York, NY 10007

Re:   *Hay v. New York Media LLC, et al.*
      No. 1:20-cv-06135 -JPO

Dear Judge Oetken:

     This firm represents Plaintiff Bruce Hay in this action. We write, pursuant to Rules 1(A) and 3(C) of the Court's Individual Practices, for an extension of time for Defendants to respond to the Complaint, currently due on Friday, December 11.

     The parties are engaged in discussions regarding the recently-enacted New York State anti-SLAPP law, N.Y. Civ. Rights Law §§ 70-a, 76-a, which is as yet untested in the courts. The parties request four weeks to have these discussions, in light of the upcoming holidays, bringing the Defendant's time to respond to January 8, 2021.

     The Court previously granted motions by Defendants to extend the time to answer to December 11, 2020. I spoke with counsel for Defendants today, and all parties consent to this request.

                                             Respectfully submitted,

                                             _s/ Jillian T. Weiss_____
                                             Jillian T. Weiss
                                             Law Office of Jillian T. Weiss, P..C.
                                             442 15th Street No. 1R
                                             Brooklyn, New York 11215
                                             New York, NY 10014
                                             Tel: (845) 709-3237
                                             Fax: (845) 684-0160
                                             jweiss@jtweisslaw.com