UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE HAY<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK MEDIA LLC, and<br>KERA BOLONIK,<br><br>Defendants. | Civil Action No. 1:20-cv-06135<br><br>**SECOND AMENDED COMPLAINT**<br><br>**Jury Trial Demanded** |

**MOTION FOR LEAVE TO FILE**
**SECOND AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff Bruce Hay, by his attorney of record, Jillian T. Weiss, moves this Honorable Court for leave to file a Second Amended Complaint ("SAC"), filed in accordance with the Order of the Court. [ECF 30]

The Proposed Second Amended Complaint ("SAC") deletes Count 2 from the First Amended Complaint, Defamation-Against All Defendants, in its entirety  The Proposed SAC is attached to the Declaration of Jillian T. Weiss, Esq. in Support of the Motion to Amend, filed herewith, as Exhibit A.

DATED: January 8, 2021                                  Respectfully submitted,

   /s/ Jillian T. Weiss
Jillian T. Weiss
Law Office of Jillian T. Weiss, P..C.
442 15th Street No. 1R
Brooklyn, New York 11215
New York, NY 10014
Tel: (845) 709-3237
Fax: (845) 684-0160
jweiss@jtweisslaw.com

1