UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE HAY<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>NEW YORK MEDIA LLC, and KERA BOLONIK,<br><br>　　　　　　　Defendants. | Civil Action No. 1:20-cv-06135<br><br>**DECLARATION OF JILLIAN T. WEISS IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

I, Jillian T. Weiss, declare as follows:

1. I am the principal of the Law Office of Jillian T. Weiss, P.C., which is counsel for the Plaintiff in this matter. I submit this declaration in support of Plaintiff's Motion for Leave to File Second Amended Complaint ("SAC").

2. Attached hereto as Exhibit A is a true and accurate copy of Plaintiff's Proposed Second Amended Complaint.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: January 8, 2021

　　　　　　　　　　　　　　　　/s/ Jillian T. Weiss, Esq._____
　　　　　　　　　　　　　　　　　Jillian T. Weiss, Esq.
　　　　　　　　　　　　　　　　　Law Office of Jillian T. Weiss, P.C.
　　　　　　　　　　　　　　　　　442 15th Street No. 1R
　　　　　　　　　　　　　　　　　Brooklyn, New York 11215
　　　　　　　　　　　　　　　　　Tel: 845.709.3237
　　　　　　　　　　　　　　　　　jweiss@jtweisslaw.com

　　　　　　　　　　　　　　　　*Attorney for the Plaintiff Bruce Hay*