UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUCE HAY,
                      Plaintiff,

-v-

NEW YORK MEDIA LLC, ET AL.,
                      Defendants.

20-CV-6135 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On January 5, 2021, the parties to this contract and defamation case filed a letter motion jointly seeking to dismiss with prejudice count two of the first amended complaint, which would also dismiss David Korzenik as a defendant as no claims would remain against him. (Dkt. No. 29.) They also seek, *inter alia*, a briefing schedule for Plaintiff's motion for leave to file a second amended complaint. (*Id.*)

Plaintiff's motion to leave to file a second amended complaint was filed on January 8, 2021. Defendants shall file an opposition by January 22, 2021, and any reply shall be filed by February 5, 2021. The parties' joint motion to dismiss with prejudice count two of the first amended complaint is granted.

The Clerk of Court is directed to terminate defendant David Korzenik from the case.

SO ORDERED.

Dated: January 11, 2021
      New York, New York

                                            J. PAUL OETKEN
                                           United States District Judge