UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---

BRUCE HAY,

           Plaintiff,

- against -

NEW YORK MEDIA LLC and KERA BOLONIK,

           Defendant.

Case No. 1:20-cv-6135-JPO

---

## DECLARATION OF KATHERINE M. BOLGER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

KATHERINE M. BOLGER declares as follows under the penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm of Davis Wright Tremaine LLP, counsel for defendants New York Media, LLC and Kera Bolonik ("Defendants").

2. I submit this affirmation in support of Defendants' Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint. I have personal knowledge of the facts herein.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a letter sent by email to Plaintiff's counsel in this action on November 20, 2020.

Dated: New York, New York
      January 22, 2021

*/s/ Katherine M. Bolger*
Katherine M. Bolger