UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------- x

BRUCE HAY,

Plaintiff,

- against -

NEW YORK MEDIA LLC and KERA BOLONIK,

Defendant.

---------------------------------------------------------------- x

Case No. 1:20-cv-6135-JPO

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned is authorized to practice in this Court and hereby appears as counsel for Defendants New York Media, LLC and Kera Bolonik in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned at the address stated below.

Dated: June 17, 2021
New York, New York

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Carl Mazurek*
Carl Mazurek
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
(212) 489-8230 Phone
(212) 489-8340 Fax
carlmazurek@dwt.com

*Attorneys for Defendants New York Media, LLC and Kera Bolonik*