LAW OFFICE OF JILLIAN T. WEISS, P.C.
ATTORNEYS AT LAW
442 15TH STREET, №1R
BROOKLYN, NEW YORK 11215
------------
(845) 709-3237
FAX: (845) 684-0160

| JILLIAN T. WEISS | JOSEPH D. WILLIAMS | HENRY E. JONES |
| --- | --- | --- |
| jweiss@jtweisslaw.com | jwilliams@jtweisslaw.com | hejones@jtweisslaw.com |
| DIRECT: (845) 709-3237 | DIRECT: (917) 705-4333 | DIRECT: (212) 365-8849 |
| ADMITTED IN | ADMITTED IN | ADMITTED IN |
| NEW YORK AND NEW JERSEY ONLY | NEW YORK ONLY | NEW YORK ONLY |

June 24, 2021

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Hay v. New York Media LLC, et al., No. 1:20-cv-06135 (JPO)**

Dear Judge Oetken:

  Defendants filed a surreply on June 17, 2021 at ECF 39. Defendants adverted to a recent opinion regarding a defamation claim as to the articles involved in this action. That opinion discusses the intent state of gross irresponsibility as an element of a defamation action, and the First Amendment public interest defense. The relationship of these issues to the breach of contract claim in the present action is unclear. A notice of appeal may yet be filed and there are several viable points of error. In any event, the Defendants' arguments constitute an improper surreply that should not be considered on the present motion. Rather than engage in an extended argument on these issues without Court permission, Plaintiff simply notes that neither the Federal Rules of Civil Procedure nor the Local Civil Rules of this Court authorize litigants to file surreplies. Allowing such filings has the potential for placing a court in the position of refereeing an endless volley of briefs. *Kapiti v. Kelly*, 2008 WL 754686, at *1 (S.D.N.Y. 2008), *aff'd,* 2008 WL 1882652 (S.D.N.Y. 2008). The filing should be considered nugatory.

  Respectfully submitted,

/s/ Jillian T. Weiss
Jillian T. Weiss
LAW OFFICE OF JILLIAN T. WEISS, PC
442 15th Street №1R
Brooklyn, New York 11215
Telephone: (845) 709-3237
Facsimile: (845) 684-0160
jweiss@jtweisslaw.com

*Attorney for Plaintiff*