UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE HAY,<br><br>                Plaintiff,<br><br>    v.<br><br>NEW YORK MEDIA LLC<br>and KERA BOLONIK,<br><br>                Defendants. | Case No. 1:20-cv-06135-(JPO) |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, effective immediately, the Law Office of Jillian T. Weiss, P.C. will change address as follows:

**OLD:**

Law Office of Jillian T. Weiss, P.C.
442 15th Street No. 1R
Brooklyn, NY 11215

**NEW:**

Law Office of Jillian T. Weiss, P.C.
774 Fourth Avenue
No. 320173
Brooklyn, NY 11232-9997

The email address, telephone number and fax number will remain the same. Please update your records.

Dated: July 9, 2021

                                                                    */s/ Jillian T. Weiss*
Jillian T. Weiss
Law Office of Jillian T. Weiss, P.C.
774 Fourth Avenue
No. 320173
Brooklyn, NY 11232-9997
Phone: (845) 709-3237
Fax:    (845) 684-0160
Email: jweiss@jtweisslaw.com

*Counsel for Bruce Hay*

# CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2021, the foregoing document was filed with the Clerk of the Court via this Court's CM/ECF electronic filing system, and served on all counsel of record registered to receive electronic notice.

      */s/ Jillian T. Weiss*
Jillian T. Weiss
Law Office of Jillian T. Weiss, P.C.
774 Fourth Avenue
No. 320173
Brooklyn, NY 11232-9997
Phone: (845) 709-3237
Fax:　 (845) 684-0160
Email: jweiss@jtweisslaw.com

*Counsel for Bruce Hay*