UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE HAY<br><br>      Plaintiff,<br><br>  v.<br><br>NEW YORK MEDIA, LLC, and KERA BOLONIK,<br><br>      Defendants. | **Notice of Appeal**<br><br>Civil Action No. 1:20-cv-6135 (JPO) |

      Notice is hereby given that Plaintiff Bruce Hay hereby appeals to the United States Court of Appeals for the Second Circuit from the opinion and order entered on July 1, 2021, denying his motion for leave to file a Second Amended Complaint asserting claims for breach of contract and violation of the New York City Human Rights Law, and dismissing the action for failure to state a claim. This appeal is taken from each and every part of the aforementioned opinion and order.

Dated: July 13, 2021

Respectfully submitted,

  */s/ Jillian T. Weiss*
Jillian T. Weiss
LAW OFFICE OF JILLIAN T. WEISS, P.C.
774 Fourth Avenue, No. 320173
Brooklyn, NY 11232-9997
Tel:    (845) 709-3237
Fax:   (845) 684-0160
Email: jweiss@jtweisslaw.com

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically on this 13th day of July, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

  */s/ Jillian T. Weiss*
Jillian T. Weiss
LAW OFFICE OF JILLIAN T. WEISS, P.C.