# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of July, two thousand twenty-two.

_____

Bruce Hay,

    Plaintiff - Appellant,

v.

New York Media LLC, Kera Bolonik,

    Defendants - Appellees.

_____

STATEMENT OF COSTS

Docket No. 21-1727

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 22 2022

IT IS HEREBY ORDERED that costs are taxed in the amount of $215.00 in favor of the Appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/22/2022